**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

ALLSTATE INSURANCE COMPANY                                                    PLAINTIFF

vs.                                                        Civil Action No. 3:02-cv-1801 WS

REID THOMAS, PAULA THOMAS,
MICHAEL McGEE, and MELANIE McGEE                                          DEFENDANTS

**FINAL JUDGMENT**

This cause came before the court on the motion of plaintiff for summary judgment. After consideration of the motion, evidence offered in support of the motion, and the memoranda of the parties, the court finds that plaintiff's motion is well taken and should be granted. The Order Granting Summary Judgment of this court dated March 17, 2006, and the findings of fact and law included therein are incorporated by reference. For the reasons assigned in that Order, the court concludes that judgment should be entered in favor of the plaintiff and against the defendants and that the plaintiff should be awarded its costs.

IT IS ORDERED AND ADJUDGED that the plaintiff is entitled to recover its taxable costs in this action upon filing a Bill of Costs in the time and manner prescribed.

**SO ORDERED AND ADJUDGED, this the 17th day of March, 2006.**

                                    **s/ HENRY T. WINGATE**
                                    **CHIEF UNITED STATES DISTRICT JUDGE**